```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————— x
GEORGE LANG,                          :
                                      :
                      Plaintiff,      :   1:17-CV-08094 (PGG)
                                      :
        - against -                   :   **DECLARATION OF**
                                      :   **KATRINA L. BAKER**
BARCLAYS SERVICES CORPORATION,        :
                                      :
                      Defendant.      :
————————————————————————— x
```

**KATRINA L. BAKER, ESQ.** declares under penalties of perjury as follows:

1. I am an attorney duly admitted to practice law before this Court and the courts of the State of New York. I am a Special Counsel at Kramer Levin Naftalis & Frankel LLP, whose offices are located at 1177 Avenue of the Americas, New York, New York 10036. We represent defendant Barclays Services Corporation ("Barclays") in this action. I make this declaration in support of the motion by Barclays to compel arbitration of the claims set forth in the Complaint for Damages and Declaratory Judgment and dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*

2. **Exhibit A** to this declaration is a true and correct copy of George Lang's Offer Letter, dated December 10, 2014 and executed on December 12, 2014.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on March 5, 2018

                                                                                             /s/ Katrina L. Baker
                                                                                               Katrina L. Baker