UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GEORGE LANG,
                    Plaintiff,                    17 **CIVIL** 8094 (PGG)

       -against-                    **JUDGMENT**

BARCLAYS SERVICES CORPORATION,
                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2019, Defendant's motion to compel arbitration is granted, and this case is dismissed.

**Dated:** New York, New York
          March 20, 2019

                                        **RUBY J. KRAJICK**
                                            **Clerk of Court**
                         BY:
                                              **Deputy Clerk**